# CASE ANNOUNCEMENTS

*September 25, 2009*

[Cite as *09/25/2009 Case Announcements*, 2009-Ohio-5015.]

## MOTION AND PROCEDURAL RULINGS

**2008–2370. State v. Neyland.**
Wood C.P. No. 2007CR0359. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas for Wood County. Upon consideration of appellant's motion to supplement the record,

It is ordered by the court that the motion is granted. The Clerk of Court for the Wood County Court of Common Pleas shall supplement the record in this case with the written transcript of the August 9, 2007 proceedings before the Perrysburg Municipal Court. The record shall be supplemented within twenty days of the date of this entry.

**2009–0627. DIRECTV, Inc. v. Levin.**
Franklin App. No. 08AP–32, 181 Ohio App.3d 92, 2009-Ohio-636. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint motion to stay briefing,

It is ordered by the court that the motion is granted and the briefing schedule is stayed pending further order of this court.

**2009–1639. State ex rel. Hughley v. McMonagle.**
Cuyahoga App. No. 93366, 2009-Ohio-4543. On September 16, 2009, this court found Kevin Hughley to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Hughley was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On September 11, 2009, Hughley filed a notice of appeal and memorandum in support of jurisdiction. Upon consideration thereof,

It is ordered by the court, sua sponte, that appellant show good cause within fourteen days of the date of this entry why this court should proceed to consider his appeal.

**2009–1695. In re Adoption of J.A.S.**
Lorain App. No. 08CA009518 and 08CA009519, 2009-Ohio-3927. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon review of the appeal, it appears that the case involves the termination of parental rights/adoption. Accordingly,

It is ordered by the court, sua sponte, that this case shall proceed according to the Rules of Practice of the Supreme Court of Ohio governing the termination of parental rights or adoption of a minor child. Appellee's memorandum in response shall be filed no later than 20 days from the date of this entry.

## MISCELLANEOUS DISMISSALS

**2009–1531. State v. Williams.**
Licking App. No. 08CA113, 2009-Ohio-3447. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.